## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FIDEL MIRANDA, on behalf of himself
and all other similarly situated employees,

     Plaintiffs,

VS.                                  Case No. 14-cv-2152

FAYETTE JANITORIAL SERVICE, LLC
d/b/a FAYETTE INDUSTRIAL, RICKEY DALE
BURNS, JR., and LINDA MICHELLE BURNS,

     Defendants/Third-Party Plaintiffs,

VS.

FREDDY MARTINEZ d/b/a MARTINEZ
INDUSTRIAL,

     Third-Party Defendants.

---

## ANSWER TO PLAINTIFF'S REQUEST TO PRODUCTION OF DOCUMENTS

---

     COMES NOW the Defendant, Freddy Martinez, by and through counsel and pursuant to

the Tennessee Rules of Civil Procedure responds to Plaintiff's Request for Production of

Documents as follows:

### OVERVIEW AND GENERAL OBJECTIONS

     These Answers are not intended to, nor should they be construed as affecting waivers

regarding any objection Defendant, may have in relation to the relevance, materiality,

admissibility, privilege or competence of the various discovery propounded or of the information and documents identified herein.   On the contrary, these Answers are intended to preserve and do, in fact, preserve all of Defendant's right to object on any grounds at any time to the discovery itself or to the use of information gained through this discovery in this litigation.

Defendant further reserves the right to object to additional discovery addressed to matters covered by this discovery request, whether or not answers are furnished herein.   Defendant expressly reserves the right to supplement, revise, add to, clarify or correct any answers herein.

To the extent this discovery requests any information that constitutes or is a part of Defendant's or Defendant's attorney's work product, Defendant objects.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**          Please produce the original copy of each Plaintiff's personnel file, as well as any other file or collection of documents maintained by Defendants and/or employees concerning Plaintiffs.   This request includes electronically stored information.

**ANSWER:**   Defendant does not have any electronically stored information.   Please see attached.   Defendant does not have personnel files however does have sheets of notebook paper for each Defendant with the dates and hours worked.

**REQUEST NO. 2:**          Please produce any and all employee handbooks, company policy manuals, safety manuals, and/or personnel manuals in effect during the applicable statutory period.

**ANSWER:**   Not applicable as Defendant does not have any.

**REQUEST NO. 3:**          Please produce a copy of any and all payroll records relating

to each Plaintiff, including but not limited to the pay received by each Plaintiff on a weekly basis.

**ANSWER:** Plaintiff's were paid in cash however the notebook paper sheets where their time was noted is attached.

**REQUEST NO. 4:**        Please produce all corporate policies regarding overtime, including handbooks, manuals, written procedures and policies, emails, and memorandum during the applicable statutory period.

**ANSWER:**   Defendant would just follow state and federal law with regard to overtime. Defendant does not have any written handbooks or policies.

**REQUEST NO. 5:**        Please produce all time records, time cards, time sheets or other documents identifying or describing the hours worked by each Plaintiff each week during the applicable statutory period.   This request includes but is not limited to any attendance sheets, all work or shift schedules, any time entered into Defendants' time keeping system (both written and electronic), any time kept by an office manager or supervisor, or other documents identifying or describing the hours worked by each Plaintiff during the applicable statutory period, i.e., March 4, 2011 to the present.

**ANSWER:**   Please see attached notebook paper.

**REQUEST NO. 6:**        Please produce all compensation plans and other documents relating to Defendants' policies, procedures, or methods of compensating Plaintiffs during the applicable statutory period.

**ANSWER:**   Not applicable.

**REQUEST NO. 7:**          Please produce all documents relating to any changes in Defendants' policies, procedures or methods of paying persons performing any of the positions held by Plaintiffs during the applicable statutory period.

    **ANSWER:**   Not applicable.

**REQUEST NO. 8:**          Please produce any and all e-mails concerning Plaintiffs' time worked, time keeping, time cards, time sheets, time worked, overtime, overtime policies, and calculation of overtime.

    **ANSWER:**   Defendant does not have an email account.

**REQUEST NO. 9:**          Please produce all job descriptions or other documents identifying or describing job duties and responsibilities of each job performed by each Plaintiff during the applicable statutory period.

    **ANSWER:**   Defendant has not produced any documents to this effect.

**REQUEST NO. 10:**          Please produce all offers of employment to each Plaintiff, including any offer letters or employment contracts.

    **ANSWER:**   Defendant offered employment to Plaintiff verbally.

**REQUEST NO. 11:**          Please produce all orientation materials (including training materials) provided to or shown to Plaintiffs upon hire and during employment.

**ANSWER:**   Defendant does not have any of these materials.   The only training done was by Fayette Industrial.   Fayette Industrial would be more suitable to provide these documents.

**REQUEST NO. 12:**       Please produce any and all photographs, films, videotapes, or audio recordings of Plaintiffs, which are in Defendants' possession, custody or control (this request should include any photographic identification badges taken of and given to Plaintiffs during their employment).

**ANSWER:**   Defendant does not have any of these in his possession as they were provided by Fayette Industrial.

**REQUEST NO. 13:**       Please produce any and all documents reflecting, indicating or relating to any statements taken or received by Defendants, their attorneys or representatives, from any person who has information or knowledge relating to the events alleged in Plaintiffs' complaint.

**ANSWER:**   All documents have been provided.

**REQUEST NO. 14:**       Please produce any and all documents, including but not limited to e-mails, concerning claims of any employee regarding Defendants' failure to properly pay minimum wage and/or overtime compensation.

**ANSWER:**   Defendant does not have any documentation with regard to this.

**REQUEST NO. 15:**       Please produce all documents that identify, describe, or relate to any claim that Defendants' method of compensating Plaintiffs was performed with a good

faith, reasonable belief that Defendants were complying with the Fair Labor Standards Act relating to minimum wage and/or overtime compensation.

**ANSWER:**   Defendant has no documentation of this sort since Defendant was under no obligation to pay overtime due to the fact that Plaintiff's did not work over 40 hours a week.

**REQUEST NO. 16:**          Please produce all documents and communications that relate to service or work contracts between or among Defendants and executed or performed during the applicable statutory period.

**ANSWER:**   See attached.

**REQUEST NO. 17:**          Please produce all documents and communications between or among Defendants/Third-Party Plaintiffs and Freddy Martinez d/b/a Martinez Industrial during the applicable statutory period regarding Plaintiffs' employment and claims and/or the payment of workers performing services for any of the Defendants.

**ANSWER:**   No documents were produced to this effect.

**REQUEST NO. 18:**          Please produce all documents showing compensation paid to Freddy Martinez d/b/a Martinez Industrial during the applicable statutory period for services performed.   Please produce all documents related to Defendants' affirmative defenses and/or which Defendants believe support any of their affirmative defenses.

**ANSWER:**   Defendant has provided his tax documents.

**REQUEST NO. 19:**          Please produce any and all agreements executed or in place

during the applicable statutory period between Defendants/Third Party Plaintiffs and Defendant Freddy Martinez d/b/a Martinez Industrial.

**ANSWER:**  See attached.

**REQUEST NO. 20:**      Please produce any and all agreement by, between, or among Defendants and Kellogg Company, Riviana Foods, PepsiCo International, Hershey Foods, and ConAgra Foods or any of their subsidiaries for services provided during the applicable statutory period.

**ANSWER:**   Defendant, Freddy Martinez did not have any agreements with these companies.

**REQUEST NO. 21:**      Please produce all documents related to any investigation(s) or inquiry(ies) conducted by the U.S. Department of Labor, Wage and Hour Division, into violations of the Fair Labor Standards Act.

**ANSWER:**   To Defendant's knowledge there has not been an investigation conducted by the U.S. Department of Labor.

**REQUEST NO. 22:**      Please produce Defendants' privilege log.

**ANSWER:**   As of yet, Defendant has no documents for which he is claiming attorney-client privilege.

Respectfully Submitted,

Wendy Villafana #024770

5119 Summer Ave Ste 102
Memphis, TN 38122

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certified that a copy of the foregoing Defendant`s Answers to Request for

production of documents was served on Bryce W. Ashby, Esq 1545 Union Ave, Memphis, TN

38104 and Gary E. Veazey, 780 Ridge Lake Blvd, Suite 202, Memphis, TN 38120.

**THIS**_____11_____**DAY OF**_____November_____, **2014.**

_____

Wendy Villarana
Attorney at Law
5119 Summer Ave Suite 102
Memphis, TN 38122
 (901)761-9280

## VERIFICATION

I, Freddy Martinez, as Defendant and on behalf of Martinez Industrial, in the captioned action, being duly sworn, affirm that the information set forth above is true, accurate and complete to the best of my knowledge, information and belief.  I understand that my signature below is subject to penalties of perjury.

*Fredy Martinez.*

Freddy Martinez


**STATE OF TENNESSEE**

**COUNTY OF SHELBY**

On this 10th day of NOV, 2014, before me, a Notary Public in and for said state and county, duly commissioned and qualified, personally appeared Freddy Martinez, individually and as representative of Martinez Industrial, to me known to be in the person described in and who executed the foregoing instrument on the day and year herein mentioned as his free act and deed and for the purposes herein contained.

*Debbie L. Fraser*

Notary Public

My commission expires: 6/21/16

## INDEPENDENT CONTRACTOR AGREEMENT

THIS AGREEMENT entered into the _2_ day of _November_, 20_10_, by and between Fayette Janitorial Service, LLC, a Tennessee limited liability company (hereinafter "Fayette"), and _Freddy Martinez_ (hereinafter "Independent Contractor").

## RECITALS

WHEREAS, Fayette is engaged in the business of providing janitorial service, specialized cleaning service, and other services to its clients throughout the country; and

WHEREAS, Independent Contractor represents its business is a fully operating and licensed independently established business, knowledgeable of the type of services Fayette requires for the services necessary to Fayette's client base; and

WHEREAS, the parties intend to enter into an Independent Contractor Agreement, wherein the Independent Contractor or its employees, agents, suppliers, and contractors shall not be deemed servants, employees or agents of Fayette.

NOW, THEREFORE, in consideration of the mutual promises and covenants herein contained, and for other good, valuable and sufficient consideration, the receipt and adequacy of which is hereby acknowledged, and the parties agree as follows:

1.   <u>Description of the Work</u>.   Independent Contractor shall perform the cleaning and janitorial services for outside third parties, which are customers of Fayette, and have their own independent facilities which are in need of the services described herein.  Fayette agrees that in accordance with the specifications set forth in the job assignment (Job Order), on the form shown and attached as Exhibit A and incorporated herein by reference.

2.   <u>Representations of Independent Contractor</u>.   Independent Contractor hereby represents that it will perform each job offered by Fayette, and accepted by Independent Contractor, and will perform in a professional and expeditious manner. Such jobs will be performed pursuant to the specifications attached as Exhibit A within the time frame as required by the customer of Fayette.

3.   <u>Tools or Equipment for Work</u>.  Independent Contractor agrees to supply all tools, equipment and other items necessary to perform each job accepted by the Independent Contractor according to the terms and conditions as required by Fayette's customer.  Independent Contractor covenants that it assumes all responsibilities for the condition of its tools and equipment, and that such tools and equipment shall be in good working order to fulfill the obligations contained herein.

4.     <u>Compensation to Independent Contractor</u>.  Independent Contractor shall be compensated by Fayette pursuant to Exhibit B attached herein and incorporated by reference.

5.     <u>Relationship of the Parties</u>.  Fayette and Independent Contractor hereto intend that at all times in the performance of the work done pursuant to this Agreement, Independent Contractor shall **not** be deemed an employee of Fayette.  Fayette is interested only in the results to be achieved, and the conduct and control of the work to be performed will lie solely with the Independent Contractor, and pursuant to the job specifications as required by Fayette's customer attached as Exhibit A and incorporated herein by reference.  Independent Contractor recognizes the tax consequences of such independent contractor status created herein and as such recognizes and agrees that all payments made to the Independent Contractor will be gross payments reported on IRS Form 1099 (independent contractor form) and that no income taxes, Social Security or any other type of taxes shall be withheld.  Independent Contractor understands that it will be responsible for paying the above style taxes and fees, and agrees that should there be any claim against Fayette by any taxing authority in relation to these taxes, Independent Contractor will indemnify and hold Fayette harmless, including payment of any penalties, interest and attorney fees incurred as a result of such claim, penalty, interest, or other same or similar fees which may be imposed upon Fayette by such governmental taxing authority.  Independent Contractor further understands that it is **not** an employee of Fayette, and accordingly will not be entitled to any benefits available to employees of Fayette, including but not limited to worker's compensation, unemployment compensation, or any other federal or state programs which would be applicable to employees without limitation.

6.     <u>Warranties of Independent Contractor</u>.  Independent Contractor warrants that it is an independently established trade, occupation or business.  Independent Contractor has its own independent business license, has a separate business premise for the operation of its business, and has the appropriate liability and worker's compensation coverage as it deems appropriate for its workforce and/or employees.

7.     <u>Non-Exclusivity</u>.   The parties hereto acknowledge that Fayette and Independent Contractor have a non-exclusive relationship, that each entity is free to contract with other organizations for services to other customers as it deems fit, for its own independent business judgment as to its own operation.

8.     <u>Expenses</u>.  Independent Contractor pays its own expenses for all services, supplies, equipment, and tools of any kind required for the prompt and efficient execution of the work specified in Exhibit A, and the compensation identified in Exhibit B shall be the only compensation that Independent Contractor shall be entitled for the job description provided.

9.     <u>Liability</u>.  The work to be performed under this Agreement will be performed entirely at Independent Contractor's risk, and Independent Contractor assumes

2

all responsibility for the transportation to and from the job site, and of all items necessary to fulfill the contractual obligation herein identified.

10.  **Indemnity**.  Independent Contractor agrees to indemnify Fayette for any and all liability, loss, or damages arising in any way out of the performance of this Agreement.  Such indemnification shall be inclusive of any and all damages which Fayette may suffer, including but not limited to, attorney fees, cost of defense on any cause or action brought against Fayette arising from Independent Contractor, or its agents, servants, or employee's actions incurred during the performance of this Agreement.

11.  **Insurance**.  Independent Contractor agrees to provide evidence of general liability, automobile and worker's compensation insurance, in the name of Independent Contractor, naming Fayette as an additional insured, and as such insurance is in full force and effect.

12.  **Termination**.  Either party may terminate this Agreement by giving the other party no less than five (5) days written notice of such termination.  Notice of such termination shall be given by certified mail addressed to the addressee at their last known address.  Upon termination, Fayette shall determine whether in fact the contract described herein has successfully been completed, and if not completed under the terms and conditions hereto, seek appropriate coverage for other independent contractors, agents, servants, or employees of Fayette and deducting any amounts due thereon from Independent Contractor's claimed compensation.

13.  **Non-Competition**.  After such termination, Independent Contractor agrees not to accept employment with customers of Fayette which Independent Contractor has previously been contracted by Fayette for such services for a minimum of 365 days after such termination with Fayette.

In addition to all other remedies available to Fayette for breach of this Agreement, Independent Contractor agrees to extraordinary remedy of injunctive relief to prevent violation of this Agreement.

14.  **Confidentiality**.  The parties hereto agree to acknowledge that confidential and proprietary information may be shared by Fayette with Independent Contractor in the performance of its duties.  Without limitation, but including names, services and fees paid shall be confidential information of Fayette, and Independent Contractor agrees to retain such information as confidential and not disseminate such information to any third party not a member to this Agreement.

15.  **Assignment**.  Independent Contractor shall not assign this Agreement to any third party without the expressed written consent of Fayette.

16.  **Severability**.  Should the subject of or any part or provision of this Agreement or any document required herein to be executed be declared invalid or

3

unenforceable, all remaining parts, terms, and provisions hereof, shall remain in full force and shall in no way be invalidated, impaired or affected thereby.

17.   <u>Subject Headings</u>.   The subject headings of the articles, paragraphs and sub-paragraphs of this Agreement are included solely for the purpose of convenience and reference only, and shall not be deemed to explain, modify, limit, amplify, or aid in the meaning, construction or interpretation of any provisions of this Agreement.

18.   <u>Other Agreements</u>.   This is the only and complete Agreement between the parties relating to all or any part of the subject matter covered by this Agreement.   There are no other agreement, arrangement, or participation between the parties, nor do the parties stand in any relationship to each other which is not created by this Agreement, whereby the terms and conditions of this Agreement are avoided or evaded, directly or indirectly, such as, by way of example but not limitation, contracts, arrangements, relationships or participation relating to publicity services, business management, personal management, or instruction.

19.   <u>Law</u>.   This Agreement shall be governed by and construed in accordance with the laws of the State of Tennessee without giving effect to any choice or conflict of law provisions or rule (whether of the State of Tennessee or any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the State of Tennessee.   The parties agree that the state courts for Fayette County will be the exclusive venue for such actions arising out of or related to this Agreement, and such party agrees to the personal jurisdiction of such state courts.

20.   <u>Attorney Fees</u>.   In the event of any controversy, claim or dispute between Fayette and Independent Contractor affecting or relating to the transaction contemplated by or the performance of the rights and obligations under this Agreement, Fayette shall be entitled to recover attorney fees and other reasonable expenses, including, without limitation, attorneys' fees, accountants' fees, consultants' fees, court costs, interest and other costs of enforcement.

21.   <u>Subsequent Transactions</u>.   The parties hereto acknowledge that Fayette and the Independent Contractor may enter into one or more subsequent transactions.   The parties agree that the base contractual provisions contained herein shall control further and subsequent business relationships.

(Signatures on following page.)

4

FAYETTE JANITORIAL SERVICE, LLC

BY:
ITS:

INDEPENDENT CONTRACTOR

BY:
ITS:

5

Henrriques Ramirez                              2011.

Enero    01-03-11-  16 Hrs  Kellogg Menphis   144

Febrero    25-31-11  16 Hrs  Kellogg Menphis   144

Marzo  OFF
Abril  OFF
Mayo   05-31-11 → 16 HRs  Kellogg Menphis   144
Junio   OFF
Julio   07-03-11 16 Hrs  Kellogg Menphis   144
        07-13-11  12 HRs  Rossville          108
Agosto-  OFF
Septiembre   10-18-11   12 Hrs  Rossville   108

Octubre  OFF
Noviembre  11-20-11  16 Hrs  Kellogg Menphis   144

Diciembre- OFF

2012          Henrrque Ramres.

Enero         OFF
Febrero       OFF
Marzo         OFF
03 - 19 - 12
16 HRS   Kellogg  Memphis                        144
Abril         OFF.
Mayo
05 - 15 - 12 = 8 HRs - Corlo  pasto  Riviana. = 72
Julio  OFF
Junio  OFF
07 - 02 - 12 = 8 HRs - Corto posto  Riviana       72
Agosto  08 21 - 12    12 HRs                       108
         08 22 - 12    12 HRs                      108
Septiembre.    OFF
Octubre  10 - 18 - 12  =  10 HRs  Louissuille - Kellogg
         10 - 19 - 12  =  9 HRs   90 + 81
         10 - 20 - 12  =  8 HRs          92
Noviembre.  OFF
Diciembre        Kellogg  12 - 22 - 12  16 HRs = 144

                                    Total  891

Henrique Ramirez.                                      2013

Enero
febrero    02-04-13
16 HRs    Kellogg  Hemphis                          144
Marzo
Abril
Mayo.  05-01-13  Cut grass Riviana.
  9 Hrs                                             81
  05-02 13
  8 Hrs                                             72
Junio    06-15-13    Cut grass Kellogg M-
10 Hrs                                             90
06-16-13
8 Hrs                                              72
Julio   07-01-13 Cut grass Riviana.
10 Hrs                                             90
07 02 -13
8 Hrs                                              72
Agosto          OFF
Septiembre      OFF
Octubre         OFF
Noviembre       OFF
Diciembre       OFF

                              total. 567

Henrique Ramires                                          2014

Enero        01-08-14
Kellogg   Memphis      12 Horas                            108
              01-19-14
Hercheys    12 HRs                                         108
      01-22-14
   Kellogg   Memphis     12 Hrs                            108

Febrero    02-11-14
   Kellogg   Memphis     12 HRs                            108
         02-21-14
   Kellogg   Memphis    12 HRs                             108

Marzo      Unilever
03-03-14      8 HRs                                        72
03-04-14      9 Hrs                                        ??
03-05-14      9 Hrs                                        ??
03-06-14      8 HRs                                        ??
03-31-14      8 HRs                                        72

## RECEIPT

DATE 07-03-11     No. 331436

RECEIVED FROM _Industrial Martinez._     $ 144.

_Ciento cuarenta y cuatro._     DOLLARS

○ FOR RENT
○ FOR _Henrique Ramirs 6 hs Kellogg Memphis_

| ACCOUNT | | ○ CASH | FROM _____ TO _____ |
| PAYMENT | | ○ CHECK | |
| | | ○ MONEY ORDER | |
| BAL. DUE | | ○ CREDIT CARD | BY _Fredy Martinez._ |

## RECEIPT

DATE 07-03 11     No. 331436

RECEIVED FROM _Industrial Martinez_     $ 108

_Cien ocho._     DOLLARS

○ FOR RENT
○ FOR _Henrique Ramirs 12 Hrs Rossville._

| ACCOUNT | | ○ CASH | FROM _____ TO _____ |
| PAYMENT | | ○ CHECK | |
| | | ○ MONEY ORDER | |
| BAL. DUE | | ○ CREDIT CARD | BY _Fredy Martinez._ |

## RECEIPT

DATE 10-18-11     No. 331445

RECEIVED FROM _Industrial Martinez._     $ 108

_Cien ocho._     DOLLARS

○ FOR RENT
○ FOR _Henrique Ramirs 12 Hrs Rossville._

| ACCOUNT | | ○ CASH | FROM _____ TO _____ |
| PAYMENT | | ○ CHECK | |
| | | ○ MONEY ORDER | |
| BAL. DUE | | ○ CREDIT CARD | BY _Fredy Martinez._ |

**RECEIPT** DATE _01 - 19 - 14_ No. 325872

RECEIVED FROM _Industrial Martinez._ $ 108.

_Siento ocho._ DOLLARS

○ FOR RENT
○ FOR _Henrrique Ramirez 12 Hs. Horchays._

| ACCOUNT | | ○ CASH | |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER / ○ CREDIT CARD | BY _Fredy Martinez_ |

---

**RECEIPT** DATE _11-20 - 11_ No. 331455

RECEIVED FROM _Industrial Martinez._ $ 144

_Cien Cuarenta y Cuatro._ DOLLARS

○ FOR RENT
○ FOR _Henrrique Ramirez 16 Hs. Kellogg Memphis_

| ACCOUNT | | ⊗ CASH | |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER / ○ CREDIT CARD | BY _Fredy Martinez_ |

---

**RECEIPT** DATE _02 - 11 - 14_ No. 325710

RECEIVED FROM _Industrial Martinez_ $ 108

_Siento ocho._ DOLLARS

○ FOR RENT
○ FOR _Henrrique Ramirez 12 Hs. Kellogg Memphis._

| ACCOUNT | | ○ CASH | |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER / ○ CREDIT CARD | BY _Fredy Martinez_ |

**RECEIPT** DATE 03-19-12 No. 333362

RECEIVED FROM Industrial Martinez.          $ 1444.

Ciento Cuarenta y Cuatro          DOLLARS

○ FOR RENT
○ FOR Henrique Ramires 16 Hrs Kellogg Memphis

| ACCOUNT | | ⊗ CASH | |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY Fredy Martinez |

---

**RECEIPT** DATE 02-21-14 No. 325503

RECEIVED FROM Industrial Martinez.          $ 108

Siento ocho          DOLLARS

○ FOR RENT
○ FOR Henrique Ramires 12 Hrs. Kellogg Memphis

| ACCOUNT | | ⊗ CASH | |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY Fredy Martinez. |

---

**RECEIPT** DATE 05-15-12 No. 333471

RECEIVED FROM Industrial Martinez.          $ 72.

Setenta y Dos.          DOLLARS

○ FOR RENT
○ FOR Henrique Ramires 8 Hrs. Cut grass Riviana.

| ACCOUNT | | ⊗ CASH | |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY Fredy Martinez. |

**RECEIPT** DATE _05-31-11_ No. _____

RECEIVED FROM _Industrial Martinez_ $ _144._

_Ciento cuaenta y cuatro._ _____ DOLLARS

○ FOR RENT
○ FOR _Henrrique ramires 16 Hrs Kellogg Memphis_

| ACCOUNT | | ⊗ CASH | | |
|---------|--|--------|--|--|
| PAYMENT | | ○ CHECK | FROM _____ | TO _____ |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY _Lady Martinez_ | |

---

**RECEIPT** DATE _01-03-11_ No. _____

RECEIVED FROM _Industial Martinez._ $ _144.$^{82}$_

_____ DOLLARS

○ FOR RENT
○ FOR _16 HRS Kellogg Memphis_

| ACCOUNT | | ⊗ CASH | | |
|---------|--|--------|--|--|
| PAYMENT | | ○ CHECK | FROM _____ | TO _____ |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY _Lady Martinez_ | |

---

**RECEIPT** DATE _02-04-13_ No. _____

RECEIVED FROM _Industrial Martinez._ $ _144._

_Ciento cuaenta y cuatro._ _____ DOLLARS

○ FOR RENT
○ FOR _Henrrique Ramires 16 Hrs Kellogg Memphis._

| ACCOUNT | | ⊗ CASH | | |
|---------|--|--------|--|--|
| PAYMENT | | ○ CHECK | FROM _____ | TO _____ |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY _Lady Martinez_ | |

**RECEIPT** DATE _12 - 22 - 12_ No. _331307_

RECEIVED FROM _Industrial Martinez_        $ _144._

_Ciento cuorenta y cuatro_                    DOLLARS

○ FOR RENT
○ FOR _Henrique Ramirez. 16 Hrs. Kellogg Memphis._

| ACCOUNT |  |  | ● CASH |  |  |
|---------|--|--|--------|--|--|
| PAYMENT |  |  | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE |  |  | ○ MONEY ORDER |  |
|  |  |  | ○ CREDIT CARD | BY _Fredy Martinez_ |

---

**RECEIPT** DATE _08 - 22 - 12_ No. _332470_

RECEIVED FROM _Industrial Martinez._        $ _108._

_Cien ocho_                                   DOLLARS

○ FOR RENT
○ FOR _Henrique Ramirez 12 Hrs. Cut grass Riviana._

| ACCOUNT |  |  | ● CASH |  |  |
|---------|--|--|--------|--|--|
| PAYMENT |  |  | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE |  |  | ○ MONEY ORDER |  |
|  |  |  | ○ CREDIT CARD | BY _Fredy Martinez_ |

---

**RECEIPT** DATE _08-22 - 14_ No. _332708_

RECEIVED FROM _Industrial Martinez_        $ _108._

_Siento ocho._                                DOLLARS

○ FOR RENT
○ FOR _Henrique Ramirez. 12 Hrs. Kellogg Memphis_

| ACCOUNT |  |  | ● CASH |  |  |
|---------|--|--|--------|--|--|
| PAYMENT |  |  | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE |  |  | ○ MONEY ORDER |  |
|  |  |  | ○ CREDIT CARD | BY _Fredy Martinez_ |

**RECEIPT** DATE 01-09-14 No. 325278

RECEIVED FROM *Industrial Martinez* $ 108.

*Siento ocho.* _____ DOLLARS

○ FOR RENT
○ FOR *Henrique Ramirez 12 hrs. Kellogg Memphis*

| ACCOUNT | | | ◉ CASH |
|---------|--|--|--------|
| PAYMENT | | | ○ CHECK |
| BAL. DUE | | | ○ MONEY ORDER |
| | | | ○ CREDIT CARD |

FROM _____ TO _____

BY *Fredy Martinez*

---

**RECEIPT** DATE 05-01-13 No. 325029

RECEIVED FROM *Industrial Martinez* $ 81

*Ochenta y uno* _____ DOLLARS

○ FOR RENT
○ FOR *Henrique Ramirez 9 hrs. Cut grass Riviera*

| ACCOUNT | | | ◉ CASH |
|---------|--|--|--------|
| PAYMENT | | | ○ CHECK |
| BAL. DUE | | | ○ MONEY ORDER |
| | | | ○ CREDIT CARD |

FROM _____ TO _____

BY *Fredy Martinez*

---

**RECEIPT** DATE 1/5/11 No. 331401

RECEIVED FROM *Industrial Martinez* $ 144

*One hunted and Corty Cour* _____ DOLLARS

○ FOR RENT
○ FOR *Henrique Ramirez. 18 hrs. Kelloggs Memphis*

| ACCOUNT | | | ◉ CASH |
|---------|--|--|--------|
| PAYMENT | | | ○ CHECK |
| BAL. DUE | | | ○ MONEY ORDER |
| | | | ○ CREDIT CARD |

FROM _____ TO _____

BY *Fredy Martinez*

**RECEIPT** DATE 06-15-13    No. 325649

RECEIVED FROM _Industrial Martinez._    $ 81

_Ochenta y uno_      DOLLARS

○ FOR RENT
○ FOR _Henrique Ramos  10 Hrs. Cut grass Kellogg. H_

| ACCOUNT | | ◉ CASH | | |
| PAYMENT | | ○ CHECK | FROM _____ | TO _____ |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY _Fredy Martinez._ | |

---

**RECEIPT** DATE 02-01-13    No. 325657

RECEIVED FROM _Industrial Martinez_    $ 90.

_Noventa._      DOLLARS

○ FOR RENT
○ FOR _Henrique Ramos  10 Hrs. Cut grass Riviana_

| ACCOUNT | | ◉ CASH | | |
| PAYMENT | | ○ CHECK | FROM _____ | TO _____ |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY _Fredy Martinez_ | |

---

**RECEIPT** DATE 05-02-13    No. 325650

RECEIVED FROM _Industrial Martinez_    $ 72

_Setenta y dos._      DOLLARS

○ FOR RENT
○ FOR _Henrique Ramos. 8 Hrs. Cut grass Riviana._

| ACCOUNT | | ◉ CASH | | |
| PAYMENT | | ○ CHECK | FROM _____ | TO _____ |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY _Fredy Martinez_ | |

**RECEIPT** DATE 06-16-13 No. 

RECEIVED FROM *Industrial Martinez.* $ 72.

*Setenta dos* DOLLARS

○ FOR RENT
○ FOR *Henrique Ramirez 8 Hrs. Cut grass Kellogg.M.*

| ACCOUNT | | ○ CASH | | |
|---|---|---|---|---|
| PAYMENT | | ○ CHECK | FROM | TO |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY *Cindy Martinez* |

---

**RECEIPT** DATE 07-02-13 No. 

RECEIVED FROM *Industrial Martinez* $ 72

*Setenta y dos.* DOLLARS

○ FOR RENT
○ FOR *Henrique Ramirez 8 Hrs. Cut grass Riviana.*

| ACCOUNT | | ⊙ CASH | | |
|---|---|---|---|---|
| PAYMENT | | ○ CHECK | FROM | TO |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY |

---

**RECEIPT** DATE 02-01-11 No. 

RECEIVED FROM *Industrial Martinez* $ 144.

*Ciento Cuarenta y cuatro Dollar* DOLLARS

○ FOR RENT
○ FOR *Henrique Ramirez 16 Hrs Kellogg Memphis*

| ACCOUNT | | ⊗ CASH | | |
|---|---|---|---|---|
| PAYMENT | | ○ CHECK | FROM | TO |
| BAL. DUE | | ○ MONEY ORDER ○ CREDIT CARD | BY *Cindy Martinez* |

**RECEIPT** DATE 10-19-12   No. 331433

RECEIVED FROM *Industrial Martinez.*   $ 81.

*Ochenta y uno*   DOLLARS

○ FOR RENT
○ FOR *Henrriquez Ramirez. 9 Hrs. Louissville.*

| ACCOUNT | | |
| PAYMENT | | |
| BAL. DUE | | |

⊗ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____ TO _____
BY *Fredy Martinez*

---

**RECEIPT** DATE 10-20-12   No. 331434

RECEIVED FROM *Industrial Martinez.*   $ 72.

*Setenta y dos.*   DOLLARS

○ FOR RENT
○ FOR *Henrriquez Ramirez. 9 Hrs Louissville.*

| ACCOUNT | | |
| PAYMENT | | |
| BAL. DUE | | |

⊗ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____ TO _____
BY *Fredy Martinez..*

---

**RECEIPT** DATE 10-18-12   No. 331432

RECEIVED FROM *Industrial Martinez.*   $ 90.

*Noventa.*   DOLLARS

○ FOR RENT
○ FOR *Henrriquez Ramirez. 10Hrs. Louissville.*

| ACCOUNT | | |
| PAYMENT | | |
| BAL. DUE | | |

⊗ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____ TO _____
BY *Fredy Martinez*

**RECEIPT**

No. _____

DATE 03-21-14

RECEIVED FROM Industrial Martinez

$ 72.

DOLLARS

Setenta y dos
Henriquez Pranas? Glass railing

○ FOR RENT
○ FOR

| ACCOUNT | |
|---|---|
| PAYMENT | |
| BAL. DUE | |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____
TO _____

BY Fredy Martinez

---

**RECEIPT**

No. _____

DATE 03-06-14

RECEIVED FROM: Industrial Martinez

$ 32.

DOLLARS

Setenta y dos
Henriquez Pranas? Glass railing

○ FOR RENT
○ FOR

| ACCOUNT | |
|---|---|
| PAYMENT | |
| BAL. DUE | |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____
TO _____

BY Fredy Martinez

**RECEIPT** DATE 03 - 03 - 14    **No.** 325739

RECEIVED FROM _Industrial Martinez_    **$** 72

_Setenta y dos_      DOLLARS

○ FOR RENT

○ FOR _Henrique Ramos. 9Hs. Unilever_

| ACCOUNT | | | ◉ CASH |
| PAYMENT | | | ○ CHECK |
| BAL. DUE | | | ○ MONEY ORDER |
| | | | ○ CREDIT CARD |

FROM _____ TO _____

BY _Fredy Martinez._

---

**RECEIPT** DATE 03 - 04 - 14    **No.** 325738

RECEIVED FROM _Industrial Martinez_    **$** 72

_Setenta y dos_      DOLLARS

○ FOR RENT

○ FOR _Henrique Ramos. 9Hs. Unilever_

| ACCOUNT | | | ◉ CASH |
| PAYMENT | | | ○ CHECK |
| BAL. DUE | | | ○ MONEY ORDER |
| | | | ○ CREDIT CARD |

FROM _____ TO _____

BY _Fredy Martinez_

---

**RECEIPT** DATE 03 - 05 - 14    **No.** 325738

RECEIVED FROM _Industrial Martinez_    **$** 72

_Setenta y dos_      DOLLARS

○ FOR RENT

○ FOR _Henrique Ramos. 9His. Unilever_

| ACCOUNT | | | ◉ CASH |
| PAYMENT | | | ○ CHECK |
| BAL. DUE | | | ○ MONEY ORDER |
| | | | ○ CREDIT CARD |

FROM _____ TO _____

BY _Fredy Martinez_

9595   ☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | | Miscellaneous Income |
|---|---|---|---|---|---|
| FREDY MARTINEZ<br>4083 MAMIE RD<br>MEMPHIS, TN 38128<br>901-691-1224 | | $ | **2011** | | |
| | | 2 Royalties | Form **1099-MISC** | | |
| | | $ | | | |
| | | 3 Other income | 4 Federal income tax withheld | | Copy A |
| | | $ | $ | | **For** |
| PAYER'S federal identification number<br>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 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds | 6 Medical and health care payments | | **Internal Revenue Service Center** |
| | | $ | $ | | File with Form 1096. |
| RECIPIENT'S name<br>HENRIQUE RAMIREZ | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | | For Privacy Act and Paperwork Reduction Act |
| | | $ **936.00** | $ | | Notice, see the **2011 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.)<br>4047 SUMMER AVE. APT. # 4 | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | | |
| | | | $ | | |
| City, state, and ZIP code<br>MEMPHIS, TN 38122 | | 11 | 12 | | |
| Account number (see instructions) | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | | |
| | | $ | $ | | |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $<br>$ | | $<br>$ |

Form **1099-MISC**   Cat. No. 14425J   Department of the Treasury - Internal Revenue Service

**Do  Not  Cut  or  Separate  Forms  on  This  Page   —   Do  Not  Cut  or  Separate  Forms  on  This  Page**

9595 ☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| FREDY MARTINEZ 4083 MAMIE RD MEMPHIS, TN 38128 901-691-1224 | $ | **2012** Form 1099-MISC | |
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center |
| PAYER'S federal identification number 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 | RECIPIENT'S identification number 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| RECIPIENT'S name HENRIQUE RAMIREZ | 7 Nonemployee compensation $ 891.00 | 8 Substitute payments in lieu of dividends or interest $ | File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2012 General Instructions for Certain Information Returns. |
| Street address (including apt. no.) 4047 SUMMER AVE. APT. # 4 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code MEMPHIS, TN 38122 | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. |
| | | | 18 State income $ $ |

Form **1099-MISC**          Cat. No. 14425J          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

9595 ☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| FREDY MARTINEZ<br>4083 MAMIE RD<br>MEMPHIS, TN 38128<br>901-691-1224 | $ | **2013** | Miscellaneous Income |
| | 2 Royalties<br>$ | Form **1099-MISC** | |

| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy A<br>For |
|---|---|---|---|
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | Internal Revenue Service Center |
| 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 | 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 | $ | $ | File with Form 1096. |

RECIPIENT'S name

HENRIQUE RAMIREZ

Street address (including apt. no.)

4047 SUMMER AVE. APT. # 4

City or town, province or state, country, and ZIP or foreign postal code

MEMPHIS, TN 38122

| 7 Nonemployee compensation<br>621.00<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2013 General Instructions for Certain Information Returns.** |
|---|---|---|
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| 11 Foreign tax paid | 12 Foreign country or U.S. possession | |

| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
|---|---|---|---|---|
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**     Cat. No. 14425J     www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

Fidel Mirando.

2013                    $1,728.00

Kelloggs                 $8.00 per hour

10-29-13          12 hours
10-30-13          12 hours
11-2-13           12 hours /36 hour   $288.00

11-5-13           12 hours
11-7-13           12 hours
11-10-13          12 hours/ 36 hours   $288.00

11-13-13          12 hours
11-14-13          12 hours
11-15-13          12 hours /36 hours   $288.00

11-18-13          12 hours
11-19-13          12 hours
11-20-13          12 hours /36 hours   $288.00

12-5-13           12 hours
12-6-13           12 hours
12-7-13           12 hours /36 hours   $288.00

12-21-13          12 hours
12-22-13          12 hours
12-23-13          12 hours /36 hours   $288.00

## RECEIPT

DATE 10-29-13 - 11-0012   No.

RECEIVED FROM Todestial Martinez   $ 288

Docientos ochenta, ocho   DOLLARS

○ FOR RENT
○ FOR Fidel Miranda 36 Hrs Kellogg Memphis

| ACCOUNT | | ⊙ CASH |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY Fredy Martinez |

## RECEIPT

DATE 11-05-13 # 11-10-13   No.

RECEIVED FROM Industrial Martinez.   $ 288

Docientos ochenta y ocho   DOLLARS

○ FOR RENT
○ FOR Fidel Miranda 36 Hrs Kellogg Memphis

| ACCOUNT | | ⊙ CASH |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY Fredy Martinez |

## RECEIPT

DATE 11-13-13 # 11-15-13   No.

RECEIVED FROM Industrial Martinez.   $ 288.

Docientos ochenta y ocho   DOLLARS

○ FOR RENT
○ FOR Fidel Miranda 36 Hrs Kellogg Memphis

| ACCOUNT | | ⊙ CASH |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY Fredy Martinez |

## RECEIPT

DATE 11-18-13  11-20-13  No. 325844

RECEIVED FROM _Ignacio M. Martinez_   $ 288

_Doscientos ochenta y ocho_ _____ DOLLARS

○ FOR RENT
○ FOR _fidel Miranda· 36 Hts Kellogg Memphis_

| ACCOUNT | | |
|---------|---|---|
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____ TO _____
BY _Fredy Martinez_

---

## RECEIPT

DATE 12-5-13  12-7-13  No. 325849

RECEIVED FROM _Industrial Martinez_   $ 288.

_Doscientos ochenta y ocho_ _____ DOLLARS

○ FOR RENT
○ FOR _fidel Miranda· 36 Hts· Kellogg Memphis_

| ACCOUNT | | |
|---------|---|---|
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____ TO _____
BY _Fredy Martinez_

---

## RECEIPT

DATE 12-21-13  12-23-13  No. 325851

RECEIVED FROM _Industrial Martinez_   $ 288

_Doscientos ochenta y ocho_ _____ DOLLARS

○ FOR RENT
○ FOR _fidel Miranda 36 Hts· Kellogg Memphis_

| ACCOUNT | | |
|---------|---|---|
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _____ TO _____
BY _Fredy Martinez_

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| FREDY MARTINEZ<br>4083 MAMIE RD<br>MEMPHIS, TN 38128<br>901-691-1224 | $ | **2013** | |
| | 2 Royalties | Form **1099-MISC** | |
| | $ | | |

| | 3 Other income | 4 Federal income tax withheld | Copy 1 |
|---|---|---|---|
| | $ | $ | For State Tax Department |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| 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 | 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 | $ | $ | |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|
| FIDEL MIRANDA | $  1,728.00 | $ |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds |
|---|---|---|
| 1135 JAMERSON RD | | $ |

| City or town, province or state, country, and ZIP or foreign postal code | 11 Foreign tax paid | 12 Foreign country or U.S. possession |
|---|---|---|
| MEMPHIS, TN 38122 | $ | |

| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|
| | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**                           www.irs.gov/form1099misc                           Department of the Treasury – Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | Miscellaneous |
|---|---|---|---|---|
| Fayette Janitorial Service, LLC | | $ | **2013** | Income |
| 7120 Hwy 76 PO Box 866 | | 2 Royalties | | |
| Somerville, TN 38068 | | $ | Form 1099-MISC | |
| (901) 465-1529 | | 3 Other income | 4 Federal income tax withheld | Copy B |
| | | $ | $ | For Recipient |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| 13-4321494 | ***-**-6247 | $ | $ | |
| RECIPIENT'S name, street address, city or town, province or state, country, and ZIP or foreign postal code | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue **Service.** If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Freddy  Martinez | | | | |
| Martinez Industrial | | | | |
| | | $ 458177.27 | $ | |
| 4083 Mamie Rd | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| Memphis, TN 38128 | | 11 Foreign tax paid | 12 Foreign country or U.S. possession | |
| Account number (see instructions) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| | | $ | $ | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**    (keep for your records)    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

Form **1040**  Department of the Treasury - Internal Revenue Service  (99)  **2013**  OMB No. 1545-0074  IRS Use Only-Do not write or staple in this space.
**U.S. Individual Income Tax Return**

For the year Jan. 1-Dec. 31, 2013, or other tax year beginning , 2013, ending , 20    See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| FREDY | MARTINEZ | 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 |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street).                                        Apt. no.
4083 MAMIE RD

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Memphis                      TN      38128

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b ........ **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| HAYDEE S    AGUILAR | 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 | Other | ☐ |
| LUIS    MARTINEZ AGUILAR | 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 | Son | ☐ |
| SKARLETH S  MARTINEZ AGUILAR | 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 | Daughter | ☒ |
| FREDY E    MARTINEZ AGUILAR | 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 | Son | ☒ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you   **3**
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above  **1**
Add numbers on lines above ▶  **5**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 15,824 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 15,824 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | 1,118 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 1,118 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 14,706 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**
EEA
Form **1040** (2013)

Form 1040 (2013) FREDY MARTINEZ                                    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        Page 2

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | 38 | 14,706 |
|---|---|---|---|---|---|
| | 39a | Check { You were born before January 2, 1949, ☐ Blind. } Total boxes | | | |
| | | if: { Spouse was born before January 2, 1949, ☐ Blind. } checked ► 39a | | | |
| **Standard Deduction for -** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ► 39b ☐ | | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | | 40 | 8,950 |
| | 41 | Subtract line 40 from line 38 | | 41 | 5,756 |
| | 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | | 42 | 19,500 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0 |
| | 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | | 44 | 0 |
| • All others: | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 45 | |
| Single or Married filing separately, $6,100 | 46 | Add lines 44 and 45 | | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Married filing jointly or Qualifying widow(er), $12,200 | 49 | Education credits from Form 8863, line 19 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit. Attach Form 8812, if required | 51 | | |
| Head of household, $8,950 | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ► | | 55 | 0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | 2,236 |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59a | Household employment taxes from Schedule H | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 59b | |
| | 60 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ instructions; enter code(s) | | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ► | | 61 | 2,236 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | | NO |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | 1,756 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | |
| | 67 | Reserved | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ► | | 72 | 1,756 |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | | 74a | |
| Direct deposit? See instructions. | b | Routing number ► | c Type: ☐ Checking ☐ Savings | | |
| | d | Account number ► | | | |
| | 75 | Amount of line 73 you want applied to your 2014 estimated tax ► | 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ► | | 76 | 480 |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? | ☐ **Yes. Complete below.** | ☒ No |
|---|---|---|---|
| | Designee's name ► | Phone no. ► | Personal identification number (PIN) ► |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date 05/09/2014 | Your occupation MAINTENANCE | Daytime phone number 901-691-1224 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | Identity Protection PIN (see inst.) |

**Paid Preparer Use Only**

| Preparer's signature *Maria Davis* | Date 05/09-2014 | Check ☐ if self-employed | PTIN P01044927 |
|---|---|---|---|
| Print/Type preparer's name MARIA DAVIS | | | |
| Firm's name ► MAXI-TAX | | Firm's EIN ► 46-1495015 | |
| Firm's address ► 4089 SUMMER AVE Memphis, TN 38122 | | Phone no. 901-672-5552 | |

EEA                                                                              Form **1040** (2013)

| SCHEDULE C<br>(Form 1040) | **Profit or Loss From Business**<br>(Sole Proprietorship) | OMB No. 1545-0074<br>**2013** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ For information on Schedule C and its instructions, go to www.irs.gov/schedulec.<br>▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | Attachment<br>Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| FREDY MARTINEZ | 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 |

**A** Principal business or profession, including product or service (see instructions)
HOUSEKEEPING

**B** Enter code from instructions
▶ 811490

**C** Business name. If no separate business name, leave blank.
FAYETE JANITORIAL SERVICE

**D** Employer ID number (EIN), (see instr.)
13-4321494

**E** Business address (including suite or room no.) ▶ P O BOX 866
City, town or post office, state, and ZIP code Somerville TN 38068

**F** Accounting method: (1) [X] Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2013? If "No," see instructions for limit on losses · · · [X] Yes ☐ No

**H** If you started or acquired this business during 2013, check here · · · · · · · · · · · · · · · · · · · · · ▶ ☐

**I** Did you make any payments in 2013 that would require you to file Form(s) 1099? (see instructions) · · · · · · · · · ☐ Yes ☐ No

**J** If "Yes," did you or will you file required Forms 1099? · · · · · · · · · · · · · · · · · · · · · · · · · ☐ Yes ☐ No

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked · · · · · · · · · · · ▶ ☐ | **1** | 458,177 |
| 2 | Returns and allowances · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **2** | 0 |
| 3 | Subtract line 2 from line 1 · · · · · · · · · · · · · · · · · · · · · · · · · · · | **3** | 458,177 |
| 4 | Cost of goods sold (from line 42) · · · · · · · · · · · · · · · · · · · · · · · · | **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 · · · · · · · · · · · · · · · · · · · · · | **5** | 458,177 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) · · · · | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 · · · · · · · · · · · · · · · · · · · · · · ▶ | **7** | 458,177 |

## Part II   Expenses   Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising · · · · · | **8** | 185 | 18 | Office expense (see instructions) | **18** | |
| 9 | Car and truck expenses (see instructions) · · · | **9** | 25,432 | 19 | Pension and profit-sharing plans | **19** | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees · · · | **10** | | **a** | Vehicles, machinery, and equipment | **20a** | |
| 11 | Contract labor (see instructions) | **11** | | **b** | Other business property · · · | **20b** | |
| 12 | Depletion · · · · · | **12** | | 21 | Repairs and maintenance · · · | **21** | 1,125 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 22 | Supplies (not included in Part III) | **22** | 4,289 |
| | | | | 23 | Taxes and licenses · · · · · | **23** | 120 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) · · · | **14** | | **a** | Travel · · · · · · · · · | **24a** | |
| 15 | Insurance (other than health) · | **15** | 12,745 | **b** | Deductible meals and entertainment (see instructions) | **24b** | 163 |
| 16 | Interest: | | | 25 | Utilities · · · · · · · · · | **25** | |
| **a** | Mortgage (paid to banks, etc.) · | **16a** | | 26 | Wages (less employment credits) | **26** | 382,984 |
| **b** | Other · · · · · · · · | **16b** | | 27a | Other expenses (from line 48) | **27a** | 14,960 |
| 17 | Legal and professional services | **17** | 350 | **b** | Reserved for future use | **27b** | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a · · · · · · ▶ | **28** | 442,353 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 · · · · · · · · · · · · · · · · · | **29** | 15,824 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>**Simplified method filers only:** enter the total square footage of: (a) your home: _____<br>and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 · · · · · · · · · | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>● If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>● If a loss, you **must** go to line 32. | **31** | 15,824 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>● If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>● If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** ☐ All investment is at risk.<br>**32b** ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.          Schedule C (Form 1040) 2013

EEA

Schedule C (Form 1040) 2013    HOUSEKEEPING 811490                                    Page **2**

| Name(s) | SSN |
|---|---|
| FREDY MARTINEZ | 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 |

**Part III    Cost of Goods Sold** (see instructions)

33  Method(s) used to
value closing inventory:  **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**    ☐ **No**

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation  . . . . | **35** |
| 36 | Purchases less cost of items withdrawn for personal use  . . . . . . . . . . . . . . . . | **36** |
| 37 | Cost of labor. Do not include any amounts paid to yourself  . . . . . . . . . . . . . | **37** |
| 38 | Materials and supplies  . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** |
| 39 | Other costs  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** |
| 40 | Add lines 35 through 39  . . . . . . . . . . . . . . . . . . . . . . . . | **40** |
| 41 | Inventory at end of year  . . . . . . . . . . . . . . . . . . . . . . . . | **41** |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4  . . . . . . . . | **42** |

**Part IV    Information on Your Vehicle.**  Complete this part **only** if you are claiming car or truck expenses on line 9
and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must
file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)      ▶ **Statement #1**

44  Of the total number of miles you drove your vehicle during 2013, enter the number of miles you used your vehicle for:

**a**  Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45  Was your vehicle available for personal use during off-duty hours?  . . . . . . . . . . . . . . .  ☐ **Yes**    ☐ **No**

46  Do you (or your spouse) have another vehicle available for personal use?  . . . . . . . . . . . . .  ☐ **Yes**    ☐ **No**

47 a  Do you have evidence to support your deduction?  . . . . . . . . . . . . . . . . . .  ☐ **Yes**    ☐ **No**

   **b**  If "Yes," is the evidence written?  . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**    ☐ **No**

**Part V    Other Expenses.**  List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| CELLULAR WORK | 2,040 |
| SMALL TOOLS | 1,250 |
| INTERNET | 720 |
| 3 CUTTING MACHINE YARDS | 10,450 |
| 2 BLOWER | 500 |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a  . . . . . . . . . . . . . . . . **48** | 14,960 |

EEA                                                                          Schedule C (Form 1040) 2013

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Self-Employment Tax

▶ Information about Schedule SE and its separate instructions is at www.irs.gov/schedulese.
▶ **Attach to Form 1040 or Form 1040NR.**

OMB No. 1545-0074

**2013**

Attachment
Sequence No.  **17**

Name of person with **self-employment** income (as shown on Form 1040)
FREDY MARTINEZ

Social security number of person
with **self-employment** income ▶  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

**Before you begin:** To determine if you must file Schedule SE, see the instructions.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart *only* if you must file Schedule SE. If unsure, see Who Must File Schedule SE in the instructions.



**Section A - Short Schedule SE. Caution.** Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| **1a** Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A  · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code Z  · · | **1b** ( | ) |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report  · · · · · · · · · · · · · · · · · | **2** | 15,824 |
| **3** Combine lines 1a, 1b, and 2  · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **3** | 15,824 |
| **4** Multiply line 3 by 92.35% (.9235). If less than $400, you do not owe self-employment tax; **do not file this schedule unless you have an amount on line 1b**  · · · · · · · · · ▶ | **4** | 14,613 |
| **Note.** If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **5** **Self-employment tax.** If the amount on line 4 is: <br>• $113,700 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56,** or Form 1040NR, line 54 <br>• More than $113,700, multiply line 4 by 2.9% (.029). Then, add $14,098.80 to the result. Enter the total here and on **Form 1040, line 56,** or **Form 1040NR, line 54**  · · · · · · · · · | **5** | 2,236 |
| **6** **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.50). Enter the result here and on Form 1040, line 27, or Form 1040NR, line 27  · · · · · · · ·  **6**  1,118 | | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**                                    Schedule SE (Form 1040) 2013

EEA

| SCHEDULE 8812<br>(Form 1040A<br>or 1040)<br>Department of the Treasury<br>Internal Revenue Service  (99) | Child Tax Credit<br>▶ Attach to Form 1040, Form 1040A, or Form 1040NR.<br>▶ Information about Schedule 8812 and its separate instructions is at<br>www.irs.gov/schedule8812. | OMB No. 1545-0074<br>**2013**<br>Attachment<br>Sequence No.  **47** |
| --- | --- | --- |

Name(s) shown on return

FREDY MARTINEZ

Your social security number

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

| **Part I** | **Filers Who Have Certain Child Dependent(s) with an ITIN (Individual Taxpayer Identification Number)** |
| --- | --- |

**!**
**CAUTION**
Complete this part only for each dependent who has an ITIN and for whom you are claiming the child tax credit.
If your dependent does not qualify for the credit, you cannot include that dependent in the calculation of this credit.

Answer the following questions for each dependent listed on Form 1040, line 6c; Form 1040A, line 6c; or Form 1040NR, line 7c, who has an ITIN (Individual Taxpayer Identification Number) and that you indicated qualified for the child tax credit by checking column (4) for that dependent.

**A** For the first dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.

☐ Yes    ☐ No

**B** For the second dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.

☐ Yes    ☐ No

**C** For the third dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.

☐ Yes    ☐ No

**D** For the fourth dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.

☐ Yes    ☐ No

**Note:** If you have more than four dependents identified with an ITIN and listed as a qualifying child for the child tax credit, see the instructions and check here · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ ☐

| **Part II** | **Additional Child Tax Credit Filers** | | |
| --- | --- | --- | --- |
| 1 | **1040 filers:** Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040, line 51). | | |
| | **1040A filers:** Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040A, line 33). | | |
| | **1040NR filers:** Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040NR, line 48). | **1** | 2,000 |
| | If you used Pub. 972, enter the amount from line 8 of the Child Tax Credit Worksheet in the publication. | | |
| 2 | Enter the amount from Form 1040, line 51; Form 1040A, line 33; or Form 1040NR, line 48 · · · · · · · | **2** | |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit · · · · · · · · · | **3** | 2,000 |
| 4 a | Earned income (see separate instructions) · · · · · · · · · · · · · **4a** 14,706 | | |
| b | Nontaxable combat pay (see separate instructions) · · · · **4b** | | |
| 5 | Is the amount on line 4a more than $3,000?<br>☐ **No.** Leave line 5 blank and enter -0- on line 6.<br>☒ **Yes.** Subtract $3,000 from the amount on line 4a. Enter the result · · **5** 11,706 | | |
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result · · · · · · · · · · · | **6** | 1,756 |
| | **Next.** Do you have three or more qualifying children?<br>☒ **No.** If line 6 is zero, stop; you cannot take this credit. Otherwise, skip Part III and enter the **smaller** of line 3 or line 6 on line 13.<br>☐ **Yes.** If line 6 is equal to or more than line 3, skip Part III and enter the amount from line 3 on line 13. Otherwise, go to line 7. | | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 8812 (Form 1040A or 1040) 2013

EEA

Schedule 8812 (Form 1040A or 1040) 2013

| Part III | Certain Filers Who Have Three or More Qualifying Children |
|---|---|

| 7 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see separate instructions . . . . . . . . | 7 | |
| 8 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 27 and 57, plus any taxes that you identified using code "UT" and entered on line 60. | 8 | |
|  | **1040A filers:** Enter -0-. | | |
|  | **1040NR filers:** Enter the total of the amounts from Form 1040NR, lines 27 and 55, plus any taxes that you identified using code "UT" and entered on line 59. | | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . | 9 | |
| 10 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 64a and 69. | | |
|  | **1040A filers:** Enter the total of the amount from Form 1040A, line 38a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 41 (see separate instructions). | 10 | |
|  | **1040NR filers:** Enter the amount from Form 1040NR, line 65. | | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . | 11 | |
| 12 | Enter the **larger** of line 6 or line 11 . . . . . . . . . . . . . . . . . | 12 | |
|  | **Next,** enter the **smaller** of line 3 or line 12 on line 13. | | |

| Part IV | Additional Child Tax Credit |
|---|---|

| 13 | This is your additional child tax credit . . . . . . . . . . . . . . . . . . . | 13 | 1,756 |

Enter this amount on
Form 1040, line 65,
Form 1040A, line 39, or
Form 1040NR, line 63.

| | **Federal Supporting Statements** | **2013** PG01 |
|---|---|---|
| Name(s) as shown on return | | Your Social Security Number |
| FREDY MARTINEZ | | 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 |

### SCHEDULE C - LINE 43 - VEHICLE INFO                    Statement #1

| SERVICE DATE | BUSINESS MILES | COMMUTE MILES | OTHER MILES | PERSONAL USE | ANOTHER VEHICLE | HAVE EVIDENCE | IS IT WRITTEN |
|---|---|---|---|---|---|---|---|
| 2013-01-05 | 12136 | 10428 | 0 | YES | YES | YES | YES |
| 2013-01-25 | 14136 | 0 | 0 | YES | YES | YES | YES |
| 2013-01-05 | 18739 | 0 | 0 | YES | YES | YES | YES |

STATMENT.LD

| **Auto Expense Worksheet** | **2013** |
|---|---|

Name(s) as shown on return
FREDY MARTINEZ

Your social security number
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

Profession/Business
HOUSEKEEPING        \FAYETE JANITORIAL SERVICE

Description   FORD EXPLORER
Date placed in service   2013-01-05

Number of miles your vehicle was used for:

Total Business miles driven during the year  · · · · · · · · · · · · · · · · · · · · · ·   12,136
Total Commuting miles driven during the year  · · · · · · · · · · · · · · · · · ·   10,428
Total Other miles driven during the year  · · · · · · · · · · · · · · · · · · · · · ·
Total Miles driven during the year  · · · · · · · · · · · · · · · · · · · · · · · ·   22,564

Business Use percentage  · · · · · · · · · · · · · · · · · · · · · · ·   53.78

## Expenses:

| | Total | Business Percentage | |
|---|---|---|---|
| Section 179 · · · · · · · | | | |
| Bonus Depreciation · · · · | | | |
| Depreciation · · · · · · · | | · · · | |
| Garage Rent · · · · · · · | | · · · | |
| Gas · · · · · · · · · · · | 6,075 | 53.78 · · · | 3,267 |
| Insurance · · · · · · · · | 672 | 53.78 · · · | 361 |
| Licenses · · · · · · · · · | | · · · | |
| Oil · · · · · · · · · · · | | · · · | |
| Parking Fees · · · · · · · | | · · · | |
| Rental Fees · · · · · · · | | · · · | |
| Interest · · · · · · · · · | | · · · | |
| Personal Property Tax · · · | | · · · | |
| Repairs · · · · · · · · · | | · · · | |
| Tires · · · · · · · · · · | | · · · | |
| Tolls · · · · · · · · · · | | · · · | |
| Other Expenses: | | | |
| | | · · · | |
| | | · · · | |
| | | · · · | |
| Total Expenses · · · · · · | | | 3,628 |

Standard Mileage Rate Calculation

| | | | |
|---|---|---|---|
| Business miles · · · · · | 12,136 | X .565 | 6,857 · · · · · · · · · | 6,857 |
| Parking fees · · · · · · · | | | |
| Tolls · · · · · · · · · · | | | |
| Interest · · · · · · · · · | | | |
| Personal Property Tax · · · | | | |
| Total Standard Mile Rate deduction | | | 6,857 |

**How it is reported:**

Depreciation deduction · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
Auto Expense · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   6,857
Personal Property Taxes, Schedule A, Line 7 · · · · · · · · · · · · · · · · · · · · ·

WK_AUTO.LD

## Auto Expense Worksheet

**2013**

Name(s) as shown on return
FREDY MARTINEZ

Your social security number
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

Profession/Business
HOUSEKEEPING        \FAYETE JANITORIAL SERVICE

Description    FORD 350
Date placed in service   2013-01-25

Number of miles your vehicle was used for:

| | |
|---|---|
| Total Business miles driven during the year · · · · · · · · · · · · · · · · · · · | 14,136 |
| Total Commuting miles driven during the year · · · · · · · · · · · · · · · | |
| Total Other miles driven during the year · · · · · · · · · · · · · · · · · | |
| Total Miles driven during the year · · · · · · · · · · · · · · · · · · · · | 14,136 |
| Business Use percentage · · · · · · · · · · · · · · · · · · · · · · · | 100.00 |

**Expenses:**

| | Total | Business Percentage | |
|---|---|---|---|
| Section 179 · · · · · · · · · · · · · · · · · · | | | |
| Bonus Depreciation · · · · · · · · · · · · · · | | | |
| Depreciation · · · · · · · · · · · · · · · · · · | | · · · · | |
| Garage Rent · · · · · · · · · · · · · · · · · · | | · · · · | |
| Gas · · · · · · · · · · · · · · · · · · · · · · | 3,298 | · · · 100.00 · · · · | 3,298 |
| Insurance · · · · · · · · · · · · · · · · · · · | 1,008 | · · · 100.00 · · · · | 1,008 |
| Licenses · · · · · · · · · · · · · · · · · · · · | | · · · · | |
| Oil · · · · · · · · · · · · · · · · · · · · · · · | | · · · · | |
| Parking Fees · · · · · · · · · · · · · · · · · · | | · · · · | |
| Rental Fees · · · · · · · · · · · · · · · · · · | | · · · · | |
| Interest · · · · · · · · · · · · · · · · · · · · | | · · · · | |
| Personal Property Tax · · · · · · · · · · · · · | | · · · · | |
| Repairs · · · · · · · · · · · · · · · · · · · · | | · · · · | |
| Tires · · · · · · · · · · · · · · · · · · · · · | | · · · · | |
| Tolls · · · · · · · · · · · · · · · · · · · · · | | · · · · | |
| Other Expenses: | | | |
| | | · · · · | |
| | | · · · · | |
| | | · · · · | |
| Total Expenses · · · · · · · · · · · · · · · · · | | | 4,306 |

Standard Mileage Rate Calculation

| | | | |
|---|---|---|---|
| Business miles · · · · · · · · · · · | 14,136 X .565 | 7,987 · · · · · · · · · | 7,987 |
| Parking fees · · · · · · · · · · · · · | | | |
| Tolls · · · · · · · · · · · · · · · · · | | | |
| Interest · · · · · · · · · · · · · · · · | | | |
| Personal Property Tax · · · · · · · · | | | |
| Total Standard Mile Rate deduction | | | 7,987 |

**How it is reported:**

| | |
|---|---|
| Depreciation deduction · · · · · · · · · · · · · · · · · · · · · · · · · · | |
| Auto Expense · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 7,987 |
| Personal Property Taxes, Schedule A, Line 7 · · · · · · · · · · · · · · · · | |

WK_AUTO.LD

| **Auto Expense Worksheet** | **2013** |
|---|---|

Name(s) as shown on return
FREDY MARTINEZ

Your social security number
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

Profession/Business
HOUSEKEEPING      \FAYETE JANITORIAL SERVICE

Description   FORD 1998
Date placed in service   2013-01-05

Number of miles your vehicle was used for:

Total Business miles driven during the year · · · · · · · · · · · · · · · · · · · · · 18,739
Total Commuting miles driven during the year · · · · · · · · · · · · · · · · _____
Total Other miles driven during the year · · · · · · · · · · · · · · · · · · _____
Total Miles driven during the year · · · · · · · · · · · · · · · · · · · · · · 18,739

Business Use percentage · · · · · · · · · · · · · · · · · · · · · · · · · · · 100.00

---

**Expenses:**

| | Total | Business Percentage | |
|---|---|---|---|
| Section 179 · · · · · · · · | | | |
| Bonus Depreciation · · · · · · · · | | | |
| Depreciation · · · · · · · · | | | |
| Garage Rent · · · · · · · · | | | |
| Gas · · · · · · · · | 5,045 | 100.00 | 5,045 |
| Insurance · · · · · · · · | | | |
| Licenses · · · · · · · · | | | |
| Oil · · · · · · · · | | | |
| Parking Fees · · · · · · · · | | | |
| Rental Fees · · · · · · · · | | | |
| Interest · · · · · · · · | | | |
| Personal Property Tax · · · · · · · · | | | |
| Repairs · · · · · · · · | | | |
| Tires · · · · · · · · | | | |
| Tolls · · · · · · · · | | | |
| Other Expenses: | | | |
| | | | |
| | | | |
| | | | |
| Total Expenses · · · · · · · · | | | 5,045 |

Standard Mileage Rate Calculation

| | | | |
|---|---|---|---|
| Business miles · · · · · · · · | 18,739 X.565 | 10,588 · · · · · · · · · | 10,588 |
| Parking fees · · · · · · · · | | | |
| Tolls · · · · · · · · | | | |
| Interest · · · · · · · · | | | |
| Personal Property Tax · · · · · · · · | | | |
| Total Standard Mile Rate deduction | | | 10,588 |

**How it is reported:**

| | |
|---|---|
| Depreciation deduction · · · · · · · · · · · · · · · · · · · · · · · | |
| Auto Expense · · · · · · · · · · · · · · · · · · · · · · · · | 10,588 |
| Personal Property Taxes, Schedule A, Line 7 · · · · · · · · · · · · · | |

WK_AUTO.LD

| | Payment Voucher Filing Instructions | | 2013 |
|---|---|---|---|

**Date to file by:**  04-15-2014

**Payment:**  $480

**Address to file:**  Internal Revenue Service
P.O. Box 931000
Louisville, KY 40293-1000

**Other Instructions:**  If paper-filing your 2013 return, mail the tax
return, voucher, and check to the address on the
voucher. Do not staple the voucher and payment to
the return or to each other.

If your return was e-filed, mail the voucher and
check to the address on the voucher.

Make your check or money order payable to "United
States Treasury". Enter your SSN and "2013 Form
1040" on your check or money order.

To pay by credit card, go to www.1040paytax.com.

**Taxpayer Records:**

**Amount Paid**  _____

**Check Number**  _____

**Date Mailed**  _____

Form **1040-V** (2013)

▼   Detach Here and Mail With Your Payment and Return   ▼

Form **1040-V**

Department of the Treasury
Internal Revenue Service   (99)

**Payment Voucher**

► Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2013**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | Dollars | Cents |
|---|---|---|---|---|
| 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 | | | 480 | |

FREDY MARTINEZ
4083 MAMIE RD
Memphis, TN  38128

Internal Revenue Service
P.O. Box 931000
Louisville, KY  40293-1000

908987277 SP MART 30 0 201312 610

For Paperwork Reduction Act Notice, see your tax return instructions.
EEA

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| Fayette Janitorial Service, LLC | $ | **2013** | Miscellaneous Income |
| 7120 Hwy 76 PO Box 866 | 2 Royalties | | |
| Somerville, TN 38068 | $ | Form **1099-MISC** | |
| (901) 465-1529 | 3 Other income | 4 Federal income tax withheld | Copy B For Recipient |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| 13-4321494 | ***-**-6247 | $ | $ | |

| RECIPIENT'S name, street address, city or town, province or state, country, and ZIP or foreign postal code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Freddy Martinez | | | |
| Martinez Industrial | $ 458177.27 | $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds | |
| 4083 Mamie Rd | | | |
| Memphis, TN 38128 | | $ | |
| | 11 Foreign tax paid | 12 Foreign country or U.S. possession | |
| | $ | | |
| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| | $ | $ | |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ $ | | $ $ |

Form **1099-MISC**          (keep for your records)          www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service