# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FIDEL MIRANDA, on behalf of himself and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> FAYETTE JANITORIAL SERVICE, LLC d/b/a FAYETTE INDUSTRIAL, RICKEY DALE BURNS, JR., and LINDA MICHELLE BURNS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 2:14-cv-2152-SHL-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint for Violation of the Fair Labor Standards Act (ECF No. 1), filed March 4, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with this Court's Order Granting Joint Motion for Approval of Settlement of FLSA Claims, filed March 18th, 2015 (ECF No. 39), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERY L. LIPMAN
UNITED STATES DISTRICT JUDGE

March 18th, 2015
Date